IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00794-WJM-KLM

Michael Dell,
Plaintiff

v.

Arvada Ralston Medical Center LLC, d/b/a First Choice ER, a Texas limited liability company, and A.S.A.P. Laboratories, LLC, a Texas limited liability company
Defendants.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| Counsel for Plaintiff: | Counsel for Defendant Arvada Ralston Medical Center |
|---|---|
| s/ Lorraine E. Parker<br>Lorraine E. Parker<br>Parker Lipman, LLP<br>2300 15th Street, Suite 200<br>Denver, CO 80202<br>Telephone: 720-638-9424<br>E-mail: lorraine@parkerlipman.com | s/S. Jane Mitchell<br>S. Jane Mitchell<br>Hall & Evans, LLC<br>1001 17th Street, Suite 300<br>Denver, CO 80202<br>Telephone: 303-682-3300<br>Email: mitchellj@hallevans.com |

SO ORDERED:

Dated: July 20, 2015

Hon. Kristen L. Mix
United States Magistrate Judge

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 9, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

S. Jane Mitchell
HALL & EVANS, L.L.C.
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202
Telephone: 303-682-3300
*Attorney for Defendant Arvada Ralston Medical Center*

s/ Lorraine E. Parker
Lorraine E. Parker
Parker Lipman, LLP
2300 15th Street, Suite 200
Denver, CO 80202
Telephone: 720-638-9424
Facsimile: 303-964-1900
E-mail: lorraine@parkerlipman.com
Attorney for Plaintiffs